AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
2/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
02/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KL_____ DEPUTY

United States of America

v.

DANIEL ADAN LAZARO,

Defendant.

Case No.  2:25-mj-00847-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Vanessa Ortega, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of July 19, 2024, in the county of Santa Barbara in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ (with email authorization)*
*Complainant's signature*

Vanessa Ortega, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        February 19, 2025

_____
*Judge's signature*

City and state:  Los Angeles, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
*Printed name and title*

AUSA: Lauren E. Border (213) 894-8231

## AFFIDAVIT

I, Vanessa Ortega, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant against Daniel Adan Lazaro, also known as "Daniel Adan," and "Daniel Castrejon," ("defendant") charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER VANESSA ORTEGA

3.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since February 2020.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

4.    On or about July 19, 2024, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that defendant was in the custody of the Santa Barbara County Sheriff's Office ("SBSO").  On or about that day, the PERC lodged a DHS Immigration Detainer with the SBSO, but defendant is no longer in SBSO custody.  I know from my training and experience that when PERC receives an electronic notification based on biometric fingerprint information, it means that the fingerprints collected from the subject in local custody match the fingerprints contained for that subject in DHS databases.  As such, I believe that defendant is the person who is the subject of the entries in ICE computer indices, as discussed below.

5.    On or about February 15, 2025, I reviewed the printouts from ICE computer indices on defendant which showed that defendant is a citizen of Mexico.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that defendant had been removed, deported, and/or excluded on the following dates: April 17, 2019, September 20, 2017, September 9, 2016, June 2, 2009, and April 8, 2008.

6.    The ICE computer indices further showed that defendant had not applied for, or obtained from the Attorney General or

2

the Secretary of Homeland Security, permission to re-enter the

United States.

IV. <u>CONCLUSION</u>

    7.    For all the reasons described above, there is probable

cause to believe that defendant has committed a violation of

Title 8, United States Code, Section 1326(a), Illegal Alien

Found in the United States Following Deportation.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>19th</u> day of
February 2025.

_____
    ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE